IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AUGUSTINE AMUAH,
           Plaintiff,
   v.                                     **Judgment in a Civil Case**
THE GEO GROUP, INC; ELIZABETH
STALLINGS; FNU PERRY; FNU
HARRELL,
           Defendants.                    Case Number: 5:10-CT-3216-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss, or in the alternative, for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss, or in the alternative, for summary judgment is granted and this action is hereby dismissed without prejudice for failure to exhaust.

<u>This Judgment Filed and Entered on February 24, 2012, with service on:</u>
Aguustine Amuah 58060-019, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)
Robert T. Numbers, II (via CM/ECF Notice of Electronic Filing)

February 24, 2012                                   /s/ Dennis P. Iavarone
                                                                  Clerk

Raleigh, North Carolina