IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AUGUSTINE AMUAH,
          Plaintiff,
   v.                             **Judgment in a Civil Case**
THE GEO GROUP, INC; ELIZABETH
STALLINGS; FNU PERRY; FNU
HARRELL,
          Defendants.              Case Number: 5:10-CT-3216-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss, or in the alternative, for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss, or in the alternative, for summary judgment is granted and this action is hereby dismissed without prejudice for failure to exhaust.

This Judgment Filed and Entered on February 24, 2012, with service on:
Aguustine Amuah  58060-019, Rivers Correctional Institution, P.O. Box 630, Winton, NC  27986 (via U.S. Mail)
Robert T. Numbers, II (via CM/ECF Notice of Electronic Filing)

February 24, 2012                                       /s/ Dennis P. Iavarone
                                                             Clerk

Raleigh, North Carolina